| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|
| United States of America<br>v.<br>Yasser Saleh Ouwad<br>Hossam Fadl El Hallak<br>Jamal Mohammed Al-Ali | Houston Division |
| | Criminal No. H-18-171S |
| | **EXHIBIT LIST**<br>**(October 19, 2021)** |
| The exhibit list of the United States of America is filed in reliance on Local Criminal Rule 55.2 for authenticity of exhibits and the procedure for objecting thereto | AUSAs: Heather Winter and Richard Hanes |
| Judge: Lynn N. Hughes | Case Manager: Glenda Hassan | Reporter: |

| No. | Description | Offered | Objected | Admit'd | Date |
|---|---|---|---|---|---|
| 1 | GPS Wholesale Inc. cert. of formation | | | | |
| ~~2~~ | ~~Photo warehouse at 12440 Oxford Park Drive, B-102, Houston, TX~~ | | | | |
| 3 | Lease warehouse at 12440 Oxford Park Drive, B-102, Houston, TX from 6/1/15 to 6/30/16 | | | | |
| 4 | Lease warehouse at 12440 Oxford Park Drive, B-102, Houston, TX from 7/1/16 to 7/31/17 | | | | |
| 5 | Lease warehouse at 12440 Oxford Park Drive, B-102, Houston, TX from 9/1/17 to 9/30/18 | | | | |
| 6 | Lease storage unit E204 at Life Storage, 12455 West Park Drive, Houston, TX from 1/23/17 | | | | |
| 7 | Lease storage unit C5 at Life Storage, 12711 Westheimer Road, Houston, TX | | | | |
| 8 | Lease Mail Room, Box 108, 10878 Westheimer Road A-1, Houston, TX | | | | |
| 9 | Lease Postal and Packages USA, Box 123, 12520 Westheimer Road A-1, Houston, Texas dated 1/3/18 | | | | |
| 10 | 10/8/15 recording and transcript of meeting between Rony and Ouwad | | | | |

| No. | Description | Offered | Objected | Admit'd | Date |
|---|---|---|---|---|---|
| 10.a | 10/22/15 recording and transcript of meeting between Rony and Ouwad | | | | |
| 11 | Photo inventory list 10/22/15 from Ouwad | | | | |
| 12 | Photo 10/30/15 shipment contents | | | | |
| 13 | Photo 10/30/15 shipment with inventory list in box | | | | |
| 14 | Photo Claritin with CVS sticker attached | | | | |
| 15 | FedEx receipt dated 10/30/15 from 3151 College Drive, Baton Rouge, LA. | | | | |
| 16 | Photo text message from Ouwad to Rony regarding Baton Rouge shipment 10/30/15 | | | | |
| 17 | Photo text message from Rony to Ouwad regarding Baton Rouge shipment 10/30/15; FedEx receipt | | | | |
| 18 | 11/3/15 recording and transcript of meeting between Rony and Ouwad | | | | |
| 19 | Wire receipt to Rony from Ouwad for expenses 11/19/15 | | | | |
| 20 | Photo text message from Jolman Garcia Soto to Rony regarding Metairie, LA 11/20/15 | | | | |
| 21 | Photo 11/20/15 shipment contents | | | | |
| 22 | FedEx receipt dated 11/20/15 from 3815 Veterans Boulevard, Metairie, LA. | | | | |
| 23 | ~~November 2015 recording and transcript~~ | | | | |
| ~~24~~ | ~~Wire receipt to Rony from Ouwad for expenses 12/16/15~~ | | | | |
| 25 | Photo text message from Jolman Garcia Soto to Rony with shipping address for 12/17/15 shipment | | | | |
| 26 | Photo multiple Rogaine for 12/17/15 shipment | | | | |
| 27 | Photo Rogaine with security sticker | | | | |

2

| No. | Description | Offered | Objected | Admit'd | Date |
|---|---|---|---|---|---|
|  | for 12/17/15 shipment |  |  |  |  |
| 28 | Photo multiple OneTouch for 12/17/15 shipment |  |  |  |  |
| 29 | FedEx receipt from Hollywood, FL for 12/17/15 shipment |  |  |  |  |
| 30 | ~~December 2015 recording and transcript after 3rd shipment~~ |  |  |  |  |
| 31 | ~~Photo from dumpster outside 12440 Oxford Park Drive, B-102, Houston, TX 12/30/15~~ |  |  |  |  |
| 32 | 1/7/16 call and transcript of call between Rony and Ouwad |  |  |  |  |
| 33 | 1/14/16 call and transcript of call between Rony and Ouwad |  |  |  |  |
| 34 | 2/9/16 recording and transcript of meeting between Rony, Ouwad and el Hallak |  |  |  |  |
| 35 | 2/24/16 call and transcript of call between Rony and Ouwad |  |  |  |  |
| 36 | 3/12/16 call and transcript of call between Rony and Ouwad |  |  |  |  |
| 37 | 3/13/16 call and transcript of call between Rony and Ouwad |  |  |  |  |
| 38 | 3/15/16 call and transcript of call between Rony and Ouwad |  |  |  |  |
| 39 | 4/7/16 call and transcript of call between Rony and Ouwad |  |  |  |  |
| 40 | 4/27/16 call and transcript of call between Rony and Ouwad |  |  |  |  |
| 41 | Photo multiple OneTouch, Accucheck, Freestyle for 4/28/16 shipment |  |  |  |  |
| 42 | Photo shipment with inventory list for 4/28/16 shipment |  |  |  |  |
| 43 | 5/2/16 call and transcript of call between Rony and Ouwad |  |  |  |  |
| 44 | 9/21/16 recording and transcript of call between Rony and Ouwad |  |  |  |  |
| 45 | July 2016 call and transcript of call |  |  |  |  |

| No. | Description | Offered | Objected | Admit'd | Date |
|---|---|---|---|---|---|
|  | between Rony and Ouwad |  |  |  |  |
| 46 | September 2016 call and transcript of call between Rony and Ouwad |  |  |  |  |
| 47 | Photo multiple Zyrtec, Abreva and Gillette Fusion razors for 9/22/16 shipment |  |  |  |  |
| 48 | Photo multiple Pepcid, Pepcid Complete for 9/22/16 shipment |  |  |  |  |
| 49 | Photo Gillette Fusion razor with security sticker shown for 9/22/16 shipment |  |  |  |  |
| 50 | Photo Pepcid AC with security sticker shown for 9/22/16 shipment |  |  |  |  |
| 51 | Photo Zyrtec with security sticker shown for 9/22/16 shipment |  |  |  |  |
| 52 | ~~September 2016 call and transcript of call between Rony and Ouwad after the 9/22/16 shipment~~ |  |  |  |  |
| 53 | Photo of warehouse at 12440 Oxford Park Drive, B-102, Houston, TX |  |  |  |  |
| 54 | Photo warehouse at 12440 Oxford Park Drive, B-102, Houston, TX 9/13/17 al-Ali working |  |  |  |  |
| 55 | Photo warehouse at 12440 Oxford Park Drive, B-102, Houston, TX 9/26/17 Ouwad and el-Hallak working with a pallet |  |  |  |  |
| 56 | Photo warehouse at 12440 Oxford Park Drive, B-102, Houston, TX 10/13/17 overhead |  |  |  |  |
| 57 | Photo warehouse at 12440 Oxford Park Drive, B-102, Houston, TX 11/22/17 al-Ali working |  |  |  |  |
| 58 | Photo warehouse at 12440 Oxford Park Drive, B-102, Houston, TX 12/7/17 al-Ali working |  |  |  |  |
| 59 | Photo warehouse at 12440 Oxford Park Drive, B-102, Houston, TX 12/8/17 al-Ali and Ouwad with |  |  |  |  |

| No. | Description | Offered | Objected | Admit'd | Date |
|---|---|---|---|---|---|
|  | pallet |  |  |  |  |
| 60 | Photo warehouse at 12440 Oxford Park Drive, B-102, Houston, TX 12/8/17 al-Ali and Ouwad smoking |  |  |  |  |
| 61 | Photo warehouse at 12440 Oxford Park Drive, B-102, Houston, TX 12/14/17 al-Ali working |  |  |  |  |
| 62 | Photo warehouse at 12440 Oxford Park Drive, B-102, Houston, TX 12/22/17 al-Ali working |  |  |  |  |
| 63 | Photo warehouse at 12440 Oxford Park Drive, B-102, Houston, TX 12/22/17 al-Ali and Ouwad working |  |  |  |  |
| 64 | Photo warehouse at 12440 Oxford Park Drive, B-102, Houston, TX 12/22/17 Ouwad carrying boxes |  |  |  |  |
| 65 | Photo warehouse at 12440 Oxford Park Drive, B-102, Houston, TX 12/29/17 al-Ali working |  |  |  |  |
| 66 | Photo warehouse at 12440 Oxford Park Drive, B-102, Houston, TX 1/8/18 Ouwad and Estes truck |  |  |  |  |
| 67 | Photo warehouse at 12440 Oxford Park Drive, B-102, Houston, TX 1/10/18 Ouwad and Estes truck |  |  |  |  |
| 68 | Photo warehouse at 12440 Oxford Park Drive, B-102, Houston, TX 1/10/18 Ouwad loading pallet on Estes truck |  |  |  |  |
| 69 | Photo warehouse at 12440 Oxford Park Drive, B-102, Houston, TX 5/2/16 B-102 door open |  |  |  |  |
| 70 | Photo warehouse at 12440 Oxford Park Drive, B-102, Houston, TX 5/2/16 el-Hallak carrying box |  |  |  |  |
| 71 | Photo warehouse at 12440 Oxford Park Drive, B-102, Houston, TX 11/17/17 el-Hallak carrying box |  |  |  |  |
| ~~72~~ | ~~Photo from dumpster outside 12440~~ |  |  |  |  |

| No. | Description | Offered | Objected | Admit'd | Date |
|---|---|---|---|---|---|
|  | ~~Oxford Park Drive, B-102, Houston, TX 2/11/18~~ |  |  |  |  |
| 73 | Photo front door 12440 Oxford Park Drive, B-102, Houston, TX 2/27/18 during search warrant |  |  |  |  |
| 74 | Photo 12440 Oxford Park Drive, B-102, Houston, TX 2/27/18 during search warrant shelves of OTC drugs |  |  |  |  |
| 75 | Photo 12440 Oxford Park Drive, B-102, Houston, TX 2/27/18 during search warrant back door from interior with OTC drugs on floor |  |  |  |  |
| 76 | Photo 12440 Oxford Park Drive, B-102, Houston, TX 2/27/18 during search warrant work-station by back door with OTC drugs and cleaning supplies |  |  |  |  |
| 77 | Photo 12440 Oxford Park Drive, B-102, Houston, TX 2/27/18 during search warrant list of OTC drugs highlighted |  |  |  |  |
| 78 | Photo 12440 Oxford Park Drive, B-102, Houston, TX 2/27/18 during search warrant 2 lists of OTC drugs |  |  |  |  |
| 79 | Photo 12440 Oxford Park Drive, B-102, Houston, TX 2/27/18 during search warrant cabinet with cleaning supplies |  |  |  |  |
| 80 | Photo 12440 Oxford Park Drive, B-102, Houston, TX 2/27/18 during search warrant discarded shipping labels |  |  |  |  |
| 81 | Photo 12440 Oxford Park Drive, B-102, Houston, TX 2/27/18 during search warrant bag of trash |  |  |  |  |
| 82 | Photo storage unit E204 at Life Storage, 12455 West Park Drive, Houston, TX 2/27/18 door showing number E204 |  |  |  |  |
| 83 | Photo storage unit E204 at Life |  |  |  |  |

| No. | Description | Offered | Objected | Admit'd | Date |
|---|---|---|---|---|---|
| | Storage, 12455 West Park Drive, Houston, TX 2/27/18 showing interior of unit with boxes | | | | |
| 84 | Photo storage unit E204 at Life Storage, 12455 West Park Drive, Houston, TX 2/27/18 inside of one of the boxes from unit showing OTC drugs | | | | |
| 85 | Photo C5 at Life Storage, 12711 Westheimer Road, Houston, TX 3/1/18 door showing number C5 | | | | |
| 86 | Photo C5 at Life Storage, 12711 Westheimer Road, Houston, TX 3/1/18 boxes removed from unit | | | | |
| 87 | Photo C5 at Life Storage, 12711 Westheimer Road, Houston, TX 3/1/18 inventory list from inside of box | | | | |
| 88 | Photo C5 at Life Storage, 12711 Westheimer Road, Houston, TX 3/1/18 electronic article scanner device showing OTC drugs stolen | | | | |
| 89 | Photo C5 at Life Storage, 12711 Westheimer Road, Houston, TX 3/1/18 box full of Gillette razors | | | | |
| 90 | Photo Mail Room, Box 108, 10878 Westheimer Road A-1, Houston, TX 3/5/18 shipping label | | | | |
| 91 | Photo Mail Room, Box 108, 10878 Westheimer Road A-1, Houston, TX 3/5/18 inventory list | | | | |
| 92 | Photo Mail Room, Box 108, 10878 Westheimer Road A-1, Houston, TX 3/5/18 open box of OTC drugs | | | | |
| 93 | Photo Postal and Packages USA, Box 123, 12520 Westheimer Road A-1, Houston, Texas 3/5/18 shipping label | | | | |
| 94 | Photo Postal and Packages USA, Box 123, 12520 Westheimer Road | | | | |

| No. | Description | Offered | Objected | Admit'd | Date |
|---|---|---|---|---|---|
|  | A-1, Houston, Texas 3/5/18 inventory list |  |  |  |  |
| 95 | Photo Postal and Packages USA, Box 123, 12520 Westheimer Road A-1, Houston, Texas box of OTC drugs |  |  |  |  |
| 96 | Photo Postal and Packages USA, Box 123, 12520 Westheimer Road A-1, Houston, Texas 3/5/18 electronic article scanner device showing OTC drugs stolen |  |  |  |  |
| 97 | Spreadsheet Ouwad payments to al-Ali and el-Hallak |  |  |  |  |
| 98 | Spreadsheet Old Dominion Freight Line shipments from GPS Wholesale |  |  |  |  |
| 99 | Spreadsheet Estes shipments from GPS Wholesale |  |  |  |  |
| 100 | Spreadsheet Russelco payments to Ouwad |  |  |  |  |
| 101 | Video warehouse at 12440 Oxford Park Drive, B-102, Houston, TX 12/22/17 al-Ali cleaning product |  |  |  |  |
| 102 |  |  |  |  |  |