UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| vs. § § | CRIMINAL NO. H-18-171S-1 |
| YASSER SALEH OUWAD, § Defendant. § | |

## SENTENCE DATA SHEET

**CITIZENSHIP:** Naturalized U.S. Citizen

**GUILTY PLEA:** Count One – Conspiracy to Transport Stolen Property in Interstate Commerce

**SUBSTANCE OF PLEA AGREEMENT:** Pursuant to Rule 11(c)(1)(A) and (B), the Defendant agrees to plead guilty to Count One of the Superseding Indictment. The Government will not oppose the Defendant's request for acceptance of responsibility if he qualifies for the adjustment under U.S.S.G. § 3E1.1(a). Should the defendant provide substantial assistance, the United States will file a Motion for Downward Departure pursuant to Section 5K1.1 of the USSG. The Defendant waives his right to appeal and collaterally attack his conviction. Defendant agrees to forfeit the Wells Fargo Bank account ending in x9763 containing $132,241.84, the Prosperity Bank account number ending in x1888 containing $131,112.92, the Beechnut Property and the over-the-counter medication and health and hygiene products seized from: (i) GPS Wholesale, 12440 Oxford Park Drive, B-102, Houston, Texas; (ii) Life Storage, 12455 West Park Drive, Unit E204, Houston, Texas; (iii) Life Storage, 12711 Westheimer Road, Unit C5, Houston, Texas; (iv) Mail Room, Box 108, 10878 Westheimer Road A-1, Houston, Texas; and (v) Postal and Packages USA, Box 123, 12520 Westheimer Road A-1, Houston, Texas.

**COUNT ONE:** Conspiracy to Transport Stolen Property in Interstate Commerce – 18 U.S.C. § 371

**ELEMENTS:** Conspiracy to Transport Stolen Property in Interstate Commerce (18 U.S.C. § 371)

1

1. The defendant and at least one other person made an agreement to commit the crime of interstate transportation of stolen property, as charged in the indictment;

2. That the defendant knew the unlawful purpose of the agreement and joined in it willfully, that is, with the intent to further the unlawful purpose; and

3. That one of the conspirators during the existence of the conspiracy knowingly committed at least one of the overt acts described in the indictment, in order to accomplish some object or purpose of the conspiracy.

<u>Interstate Transportation of Stolen Property</u>
(18 U.S.C. § 2314)

1. The defendant transported or caused to be transported in interstate commerce items of stolen property as described in the indictment;

2. At the time of such transportation, the defendant knew that the property had been stolen; and

3. The property had a value of $5,000 or more.

**PENALTY:** Not more than 5 years imprisonment and/or a fine of not more than $250,000, not more than 3 years supervised release, and a $100 special assessment.

**ALTERNATIVE FINE BASED ON GAIN OR LOSS:** Applicable

**RESTITUTION:** Applicable

**SENTENCING GUIDELINES:** Advisory.

**ATTACHMENT:** Plea Agreement
Preliminary Order of Forfeiture